FILED
CLERK, U.S. DISTRICT COURT
JUL
JUN 16
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-94-128-FMC |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Eugene Nieto ) | |
| Defendant. ) | |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD Cal__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no evidence submitted, + ∴ no indication of resources

1 | _or ties_

4 | and/or

5 B. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _absence of evidence; evid of drug usage_

14 IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: _7/16/08_

_[signature]_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

2